UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL HETHERINGTON
individually and on behalf of the Class

Plaintiff(s),

v.

OMAHA STEAKS, INC. and OMAHA STEAKS INTERNATIONAL, INC.

Defendant(s).

Civil Case No. 3:13-cv-2152-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Philip Bohrer** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Bohrer (Last Name) Philip (First Name)    (MI)    (Suffix)
Firm or Business Affiliation: Bohrer Law Firm, LLC
Mailing Address: 8712 Jefferson Highway, Suite B
City: Baton Rouge    State: LA    Zip: 70809
Phone Number: 225-925-5297    Fax Number: 225-231-7000
Business E-mail Address: phil@bohrerlaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Louisiana, 1984, #14089

Texas, 1995, #00792194

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
EDLA, 1984, #14089; MDLA, 1984, #14089; WDLA, 1985, #14089;

SDTX, 2013, #0318; EDMI, 2009; SDIL, 1999; EDAR, 1993;

WDAR, 1993; 5th Cir. Ct. of Appeals, 1995; US Sup Ct., 1999

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 2,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Michael Hetherington, individually and on behalf of the class

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 17th day of December, 2013.

_____
*(Signature of Pro Hac Counsel)*

Philip Bohrer
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17th day of December, 2013

/s/Keith S. Dubanevich
*(Signature of Local Counsel)*

Name: Dubanevich, Keith, S.
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Oregon State Bar Number: 975200
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland State: OR Zip: 97204
Phone Number: 503-227-1600 Business E-mail Address: kdubanevich@stollberne.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge