UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL HETHERINGTON
individually and on behalf of the Class

Plaintiff(s),

v.

OMAHA STEAKS, INC. and OMAHA STEAKS INTERNATIONAL, INC.

Defendant(s).

Civil Case No. 3:13-cv-2152-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Scott E. Brady requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Brady (Last Name), Scott (First Name), E (MI), (Suffix)
Firm or Business Affiliation: Bohrer Law Firm, LLC
Mailing Address: 8712 Jefferson Highway, Suite B
City: Baton Rouge  State: LA  Zip: 70809
Phone Number: 225-925-5297  Fax Number: 225-231-7000
Business E-mail Address: scott@bohrerlaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)  State bar admission(s), date(s) of admission, and bar ID number(s):
Louisiana, 1998, #24976

    (b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern Dist. of LA, 2000, #24976; Middle Dist. of LA, 1999, #24976;
Western Dist. of LA, 1999, #24976; Eastern Dist. of MI, 2009;
5th Circuit Court of Appeals, 2007

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)  ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 2,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Michael Hetherington, individually and on behalf of the class

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 17th day of December, 2013

_____
*(Signature of Pro Hac Counsel)*

Scott E. Brady
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17th day of December, 2013

/s/ Keith S. Dubanevich
*(Signature of Local Counsel)*

Name: Dubanevich                Keith                          S.
      *(Last Name)*             *(First Name)*                 *(MI)*     *(Suffix)*

Oregon State Bar Number: 975200
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland                   State: OR                     Zip: 97204
Phone Number: 503-227-1600       Business E-mail Address: kdubanevich@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge