UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL HETHERINGTON
Individually, and on behalf of the Class

Plaintiff(s),

v.

OMAHA STEAKS, INC. and OMAHA STEAKS INTERNATIONAL, INC.

Defendant(s).

Civil Case No. 3:13-cv-2152-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __Christopher K. Jones__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Jones__ __Christopher__ __K.__
      (Last Name)    (First Name)    (MI)  (Suffix)

Firm or Business Affiliation: __Keogh, Cox & Wilson, Ltd.__

Mailing Address: __701 Main Street__

City: __Baton Rouge__   State: __LA__   Zip: __70802__

Phone Number: __225-383-3796__   Fax Number: __225-343-9612__

Business E-mail Address: __cjones@kcwlaw.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Louisiana, 2002, #28101

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S.D.C. Eastern District of LA, 2002, #28101
U.S.D.C. Middle District of LA, 2002, #28101
U.S.D.C. Western District of LA, 2002, #28101

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 5,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Michael Hetherington, Individually, and on behalf of the Class

**(6)　CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __17th__ day of __December__, __2013__

_____
*(Signature of Pro Hac Counsel)*

Christopher K. Jones
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __17th__ day of __December__, __2013__

/s/Keith S. Dubanevich
*(Signature of Local Counsel)*

Name: __Dubanevich__　　　　__Keith__　　　　__S.__
　　　*(Last Name)*　　　　　　*(First Name)*　　　　*(MI)*　　*(Suffix)*

Oregon State Bar Number: __975200__

Firm or Business Affiliation: __Stoll Stoll Berne Lokting & Shlachter P.C.__

Mailing Address: __209 SW Oak Street, Ste. 500__

City: __Portland__　　State: __OR__　　Zip: __97204__

Phone Number: __503-227-1600__　　Business E-mail Address: __kdubanevich@stollberne.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.

☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge