UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHEAL HETHERINGTON,
Individually, and on behalf of the Class

Plaintiff(s),

v.

OMAHA STEAKS, INC. and OMAHA STEAKS INTERNATIONAL, INC.

Defendant(s).

Civil Case No. 3:13-cv-2152-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney _____John P. Wolff, III_____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Wolff (Last Name)  John (First Name)  P. (MI)  III (Suffix)

Firm or Business Affiliation: Keogh, Cox & Wilson, LTD.

Mailing Address: 701 Main Street

City: Baton Rouge    State: LA    Zip: 70802

Phone Number: 225-383-3796    Fax Number: 225-343-9612

Business E-mail Address: jwolff@kcwlaw.com

**(2)  BAR ADMISSIONS INFORMATION:**

    **(a)**  State bar admission(s), date(s) of admission, and bar ID number(s):
Louisiana, 1984, #14504

Texas, 1995, #0079316

    **(b)**  Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S.D.C. Eastern District of LA, 1987, #14504

U.S.D.C. Middle District of LA, 1986, #14504

U.S.D.C. Western District of LA, 1985, #14504

**(3)  CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**  ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**  ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)  CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 5,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

**(5)  REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Michael Hetherington, Individually and on behalf of the Class

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 17th day of December, 2013

*(Signature of Pro Hac Counsel)*

John P. Wolff, III
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 17th day of December, 2013

/s/ Keith S. Dubanevich
*(Signature of Local Counsel)*

Name: Dubanevich, Keith S.
*(Last Name) (First Name) (MI) (Suffix)*

Oregon State Bar Number: 975200

Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.

Mailing Address: 209 SW Oak Street, Ste. 500

City: Portland   State: OR   Zip: 97204

Phone Number: 503-227-1600   Business E-mail Address: kdubanevich@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge