UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL HETHERINGTON
Individually, and on behalf of the Class

Plaintiff(s),

v.

OMAHA STEAKS, INC. and OMAHA
STEAKS INTERNATIONAL, INC.

Defendant(s).

Civil Case No. 3:13-cv-2152 SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Ryan C. Gist** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Gist**, **Ryan**, **C.**
 (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: **Davis Wright Tremaine LLP**

Mailing Address: **1201 Third Avenue, Suite 2200**

City: **Seattle**   State: **WA**   Zip: **98101**

Phone Number: **206-757-8056**   Fax Number: **206-757-7056**

Business E-mail Address: **ryangist@dwt.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington, 11/13/09, #41816
Wisconsin, 05/19/09, #1074188

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Western District of Washington, 12/04/09, #41816
Court of Appeals for the 9th Circuit, 11/19/13, #41816

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)  ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)  ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 40,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Omaha Steaks, Inc. and Omaha Steaks International, Inc. - Defendants

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __3rd__ day of __January__, __2014__

_____
*(Signature of Pro Hac Counsel)*

Ryan C. Gist
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __3rd__ day of __January__, __2014__

__s/ Duane Bosworth__
*(Signature of Local Counsel)*

Name: __Bosworth__  __Duane__
       *(Last Name)*  *(First Name)*  *(MI)*  *(Suffix)*

Oregon State Bar Number: __825077__
Firm or Business Affiliation: __Davis Wright Tremaine LLP__
Mailing Address: __1300 S. W. Fifth Avenue, Suite 2400__
City: __Portland__  State: __Oregon__  Zip: __97201__
Phone Number: __(503) 778-5224__  Business E-mail Address: __(503) 778-5299__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge