UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL HETHERINGTON
Individually, and on behalf of the Class

        Plaintiff(s),

v.

OMAHA STEAKS, INC. and OMAHA
STEAKS INTERNATIONAL, INC.

        Defendant(s).

Civil Case No. 3:13-cv-2152 SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Jaime Drozd Allen requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: Allen, Jaime, D.
    *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Firm or Business Affiliation: Davis Wright Tremaine, LLP

Mailing Address: 1201 Third Avenue, Suite 2200

City: Seattle   State: WA   Zip: 98101

Phone Number: 206-757-8039   Fax Number: 206-757-7039

Business E-mail Address: jaimeallen@dwt.com

---

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington, 11/29/04, #35742

Commonwealth of Massachusetts, 01/02, # 651767

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Western District of Washington, 03/17/05, #35742

Eastern District of Washington, 05/09/05, #35742

US District Court Massachusetts, 03/28/02, #651767

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Omaha Steaks, Inc. and Omaha Steaks International, Inc. - Defendants

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 12th day of September, 2014

_____
(Signature of Pro Hac Counsel)

Jaime Drozd Allen
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 12th day of September, 2014

_____
(Signature of Local Counsel)

Name: Bosworth, Duane
(Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 825077

Firm or Business Affiliation: Davis Wright Tremaine, LLP

Mailing Address: 1300 S.W. Fifth Avenue, Suite 2400

City: Portland    State: Oregon    Zip: 97201

Phone Number: (503) 778-5224    Business E-mail Address: duanebosworth@dwt.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge