**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

MICHAEL HETHERINGTON
Individually, and on behalf of the Class
_____
        **Plaintiff(s),**
v.

OMAHA STEAKS, INC. and OMAHA STEAKS
INTERNATIONAL, INC.
_____
        **Defendant(s).**

Civil Case No. 3:13-cv-2152 SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **James H. Corning** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: **Corning**, **James**, **H.**, 
     (Last Name)  (First Name)  (MI)  (Suffix)

Firm or Business Affiliation: **Davis Wright Tremaine LLP**

Mailing Address: **1201 Third Avenue, Suite 2200**

City: **Seattle**  State: **WA**  Zip: **98101**

Phone Number: **206-757-8253**  Fax Number: **206-757-7253**

Business E-mail Address: **jamescorning@dwt.com**

---

U.S. District Court–Oregon               Application for Special Admission - *Pro Hac Vice*
Revised March 1, 2014                                                Page 1 of 3

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington, 10/26/2012, #45177

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Western District of Washington, 10/29/2013, #45177
Eastern District of Washington, 05/10/2013, #45177
Court of Appeals for the 9th Circuit, 02/04/2014, #45177
U.S. Court of Appeals for the Federal Circuit, 06/24/14, #45177

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Omaha Steaks, Inc. and Omaha Steaks International, Inc. - Defendants

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __29th__ day of __January__, __2015__

_____
(Signature of Pro Hac Counsel)

James H. Corning
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __29th__ day of __January__, __2015__

_____
(Signature of Local Counsel)

Name: __Bosworth__ __Duane__
        (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: __825077__
Firm or Business Affiliation: __Davis Wright Tremaine LLP__
Mailing Address: __1300 S.W. Fifth Avenue, Suite 2400__
City: __Portland__    State: __OR__    Zip: __97201__
Phone Number: __503-778-5224__    Business E-mail Address: __duanebosworth@dwt.com__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---