

Kurtzman Carson Consultants
P.O. Box 6191
Novato, CA 94948-6191
www.kccllc.com

Estimated Costs at Completion

April 29, 2016

Re: Hetherington v. Omaha Steaks

|  | Hours | Units | Job Code: Unit Cost | OSN Ext Cost |
|---|---|---|---|---|
| **Fees Incurred to Date** | | | | |
| CAFA Mailing | | 1 | $ 1,500.00 | $ 1,500.00 |
| NCOA | | | | $ 2,153.00 |
| First Class Postage | | | | $ 114,138.90 |
| Email Campaign - Post 10/16 Class Members | | 282326 | 0.033 | $ 9,316.76 |
| Email Campaign - Pre 10/16 Class Members | | 864229 | 0.019 | $ 16,420.35 |
| Initial Notice Mailing - Post 10/16 Class Members | | 65323 | 0.073 | $ 4,768.58 |
| Initial Notice Mailing - Pre 10/16 Class Members | | 299698 | 0.044 | $ 13,186.71 |
| Returned Undeliverable Mail | | 18511 | 0.1 | $ 1,851.10 |
| Remail - Initial | | 289 | 0.25 | $ 72.25 |
| Data Entry - Remails | | 289 | 0.5 | $ 144.50 |
| Website Setup | | | | $ 175.00 |
| Website Hosting | | 1 | 50 | $ 50.00 |
| IVR Setup Fees | | | | $ 3,000.00 |
| IVR Monthly Fees | | 1 | 50 | $ 50.00 |
| Data Entry - Paper Claims | | 176 | 1.85 | $ 325.60 |
| Online Claims Filing Fee | | 12875 | 0.75 | $ 9,656.25 |
| Annual PO Box Fee | | | | $ 1,280.00 |
| | | | | $ 178,089.00 |
| **Staff Hours Incurred to Date** | | | | |
| Case Processing | 1.19 | | | |
| Case Setup, Planning and Management | 19.27 | | | |
| Data Development | 68.48 | | | |
| Document Development | 45.65 | | | |
| E-mail Campaign | 1.75 | | | |
| Funds Management | 1.92 | | | |
| IVR Development and Maintenance | 6.5 | | | |
| Print Production | 7.96 | | | |
| Reporting and Declarations | 0.42 | | | |
| Website Development and Maintenance | 26.7 | | | |
| | 179.84 | | $ 100.00 | $ 17,984.00 |
| ***Remaining Costs*** | *Hours* | *Units* | *Unit Cost* | *Ext Cost* |
| *Website Hosting* | | 8 | $ 50.00 | $ 400.00 |
| *IVR Monthly Fees* | | 8 | $ 50.00 | $ 400.00 |
| *IVR Line Charges* | | 40,614 | $ 0.18 | $ 7,310.52 |
| *IVR Transcriptions* | | 677 | $ 0.60 | $ 406.20 |
| *Returned Undeliverable Mail* | | 36,000 | $ 0.10 | $ 3,600.00 |
| *Remail - Initial* | | 4,138 | $ 0.25 | $ 1,034.50 |
| *Data Entry - Remails* | | 4,138 | $ 0.50 | $ 2,069.00 |
| *Online Claims Filing Fee* | | 15,000 | $ 0.75 | $ 11,250.00 |
| *Data Entry - Paper Claims* | | 1,314 | $ 1.85 | $ 2,430.90 |
| *Deficiency Letters Mailed* | | 75 | $ 1.25 | $ 93.75 |
| *Denied Claim Letters mailed* | | 300 | $ 1.25 | $ 375.00 |
| *First Class Postage - Def & Denied* | | 375 | $ 0.47 | $ 176.25 |
| *Data Entry Def Returns* | | 75 | $ 1.85 | $ 138.75 |
| *Issue Checks - Post 10/16* | | 9,760 | $ 0.50 | $ 4,880.00 |
| *First Class Postage - Checks* | | 9,760 | $ 0.47 | $ 4,587.20 |
| *Issue Vouchers- Post 10/16* | | 9,760 | $ 0.15 | $ 1,464.00 |
| *First Class Postage - Vouchers* | | 9,760 | $ 0.31 | $ 3,025.60 |
| *Issue Vouchers - Pre 10/16* | | 10,285 | $ 0.20 | $ 2,057.00 |
| *First Class Postage - Vouchers* | | 10,285 | $ 0.31 | $ 3,188.35 |
| *Re-Issue Checks* | | 97 | $ 4.50 | $ 436.50 |
| *Re-Issue Vouchers* | | 97 | $ 0.50 | $ 48.50 |
| *IVR Maintenance* | 15 | | $ 100.00 | $ 1,500.00 |
| *Print Production* | 15 | | $ 100.00 | $ 1,500.00 |
| *Website Maintenance* | 5 | | $ 100.00 | $ 500.00 |
| *Case Processing* | 100 | | $ 100.00 | $ 10,000.00 |
| *Reports and Declarations* | 60 | | $ 100.00 | $ 6,000.00 |
| *Distribution Calculation* | 25 | | $ 100.00 | $ 2,500.00 |
| *Distribution and Re-Issues* | 15 | | $ 100.00 | $ 1,500.00 |
| *Funds Management and Accounting* | 20 | | $ 100.00 | $ 2,000.00 |
| *Case Setup, Planning and Management* | 60 | | $ 100.00 | $ 6,000.00 |
| Subtotal | 315 | | | $ 80,872.02 |
| ***Total including Total Costs and Staff Hours To Date*** | | | | $ 276,945.02 |
| ***Sales Tax*** | | | | $ 2,918.23 |
| | | | | $ 279,863.25 |
| | | | Low | $ 279,863.25 |
| | | | High | $ 282,463.25 |
| | Hours | Units | Unit Cost | Ext Cost |
| **Fees for Declaration** | | | | |
| Notice Procedures | 10 | | $ 100.00 | $ 1,000.00 |
| | | | | $ 1,000.00 |

EXHIBIT 1
Page 1 of 1