**Keith S. Dubanevich**, OSB No. 975200
**Jennifer S. Wagner**, OSB No. 024470
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Philip Bohrer** (admitted *Pro Hac Vice*)
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
**PORTLAND DIVISION**

| | | |
|---|---|---|
| **MICHAEL HETHERINGTON**, Individually and on Behalf of the Class, | * * * | CIVIL ACTION NO. 3:13-cv-2152-SI |
| Plaintiff, | * * * * * * * | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL** |
| **OMAHA STEAKS, INC.,** and **OMAHA STEAKS INTERNATIONAL, INC.** | * * * * | **CLASS ACTION ALLEGATION** |
| Defendants. | * | |

## LR 7-1 CERTIFICATION

In compliance with Local Rule 7-1(a), the parties, through their respective counsel, conferred on July 29, 2016. Defendants Omaha Steaks, Inc. and Omaha Steaks International, Inc. do not oppose this Motion.

## MOTION

NOW INTO COURT, through undersigned counsel, comes Plaintiff PATRICK HETHERINGTON, as personal representative of the Estate of Michael Hetherington, individually and on behalf of the Class, who hereby moves this Honorable Court to grant this Unopposed Motion for Leave to File a Supplemental Memorandum in Support of the Motion for Final Approval of Settlement Agreement (Dkt. 117).

As previously reported to the Court, Michael Hetherington passed away on May 27, 2016. His brother, Patrick Hetherington, has been appointed as personal representative of his estate. Class Counsel has filed a motion to substitute Patrick Hetherington as a party plaintiff pursuant to F.R.C.P. Rule 25. Upon consultation with Patrick Hetherington, and considering the dispute regarding the class representative service award sought in this matter, Class Counsel has been authorized to supplement the motion and reduce the request for a class representative service award to $10,000.00.

Plaintiff seeks leave of Court to file a Supplemental Memorandum in Support of the Motion for Final Approval in order to reduce the requested class representative service award. Omaha Steaks has no objection to this request for leave.

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF MOTION
FOR FINAL APPROVAL-1**

RESPECTFULLY SUBMITTED:

BY:     /s/ Christopher K. Jones
**John P. Wolff, III** (admitted *Pro Hac Vice*)
**Christopher K. Jones** (admitted *Pro Hac Vice*)
KEOGH, COX & WILSON, LTD.
701 Main Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
Email:   jwolff@keoghcox.com
Email:   cjones@keoghcox.com

-and-

**Philip Bohrer** (admitted *Pro Hac Vice*)
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email:   phil@bohrerlaw.com

-and-

**Keith S. Dubanevich**, OSB No. 975200
**Jennifer S. Wagner**, OSB No. 024470
STOLL STOLL BERNE LOKTING &
SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email:  kdubanevich@stollberne.com
Email:  jwagner@stollberne.com

*Attorneys for Plaintiff*

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF MOTION
FOR FINAL APPROVAL-2**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2016, a copy of the foregoing Unopposed Motion for Leave to File Supplemental Memorandum in Support of Motion for Final Approval was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

          /s/ Christopher K. Jones
          CHRISTOPHER K. JONES